**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEX DURAN,                          ) NO. CV 12-1842-MMM(E)
                                     )
               Petitioner,           )
                                     )
     v.                              )          JUDGMENT
                                     )
DANIEL PARMO, Warden,                )
                                     )
               Respondent.           )
_____)


     Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


          DATED:   November 7, 2012

                              _____
                                   MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE